08CR      473

JUDGE DOW   MAGISTRATE JUDGE KEYS

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864-1:98CR00003-001 (JRT) |

| DOCKET NO. (Receiving Court) |
|---|
|  |

| NAME | DISTRICT | DIVISION |
|---|---|---|
| THOMAS, Dewayne | MINNESOTA |  |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable John R. Tunehim |

| DATES OF TSR SUPERVISION | FROM 02/06/2008 | TO 02/05/2013 |
|---|---|---|

**OFFENSE**

Conspiracy to PWID Crack Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois-Chicago upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

May 30, 2008
Date

John R. Tunheim,   United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 1 2 2008
Effective Date

United States District Judge

**FILED**

JUN 1 6 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
|---|---|---|---|
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

June 6, 2008

Mr. Michael W. Dobbins, Clerk
United States District Court
2046 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

**08CR    473**

Re: Dewayne Thomas
    Our Case Number: CR 98-3(1) JRT/JMM
    Your Case Number: Unassigned

**JUDGE DOW**

**MAGISTRATE JUDGE KEYS**

Dear Clerk:

### Initial Transfer Out

[X] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

[ ] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In

[ ] Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

[ ] Enclosed please find certified copies of all documents filed in our court.

### Rule 20

[ ] Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

*[signature]*

Mary Kay Grzybek, Deputy Clerk

cc: Michael Cheever, Assistant U. S. Attorney
    Craig A. Madson, Probation Officer (Mpls)(All except Rule 5)
    File CR 98-3(1) JRT/JMM

**F I L E D**

JUN 1 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

criminal\transferletter.frm                                    Form Modified 01/28/05