**08CR    473**

**JUDGE DOW   MAGISTRATE JUDGE KEY**

Prob 22 (Rev. 03/97)

| | DOCKET NO. (Transferring Court) |
|---|---|
| # TRANSFER OF JURISDICTION | 0864-1:98CR00003-001 (JRT) |
| | DOCKET NO. (Receiving Court) |

FILED
6-27-08
JUN 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME  THOMAS, Dewayne | DISTRICT  MINNESOTA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE  Honorable John R. Tunheim | |
| | DATES OF TSR SUPERVISION | FROM 02/06/2008 | TO 02/05/2013 |

OFFENSE

Conspiracy to PWID Crack Cocaine

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Illinois-Chicago</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

May 30, 2008
Date

*/s/ John R. Tunheim*
John R. Tunheim,   United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 1 2 2008
Effective Date

*/s/ James F. Holderman*
United States District Judge

A TRUE COPY-ATTEST
BY: _____
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
DATE: JUN 1 9 2008

6/24/08



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

June 19, 2008

District of Minnesota
Mr. Richard D. Sletten, Clerk
United States District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415



Dear Clerk:

Re: 0864-1:98CR00003-001    USA v. Dewayne Thomas    Judge John R. Tunehim

Our Case Number:   08 CR 473 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by: _____
Marsha E. Glenn
Deputy Clerk

Enclosure

 **UNITED STATES DISTRICT COURT**
**District of Minnesota**

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
|---|---|---|---|
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

June 24, 2008

Mr. Michael W. Dobbins, Clerk
United States District Court
2046 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604



FILED
JUN 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Dewayne Thomas
Our Case Number: CR 98-3 (1) JRT/JMM
Your Case Number: 08 CR 473

Dear Clerk:

### Initial Transfer Out

[ ] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out

[X] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order and Docket Sheet.

### Transfer In

[ ] Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings

[ ] Enclosed please find certified copies of all documents filed in our court.

### Rule 20

[ ] Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

*Brenda Schaffer*
Brenda J. Schaffer, Deputy Clerk

cc: Michael L. Cheever, Assistant U. S. Attorney
Craig A. Madson, Probation Officer (St. Paul)(All except Rule 5)
Financial Litigation Unit (Final & Transfer In)
Financial Services Department (Final & Transfer In)
File CR 98-3 JRT/JMM

criminal\transferletter.frm                                                                           Form Modified 01/28/05

4DIV, CLOSED, FRC

# U.S. District Court
## District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:98-cr-00003-JRT-JMM-1

Case title: USA v. Thomas
Magistrate judge case number: 0:97-mj-00689

Date Filed: 01/06/1998
Date Terminated: 10/30/1998

Assigned to: Judge John R. Tunheim
Referred to: Magistrate Judge John Milton Mason

**Defendant (1)**

**Dewayne Thomas**
*TERMINATED: 10/30/1998*

represented by **Joseph P. Tamburino**
Caplan Law Firm, PA
525 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 341-4570
Fax: (612) 341-0507
Email: jtamburino@caplanlaw.com
*TERMINATED: 10/30/1998*
*LEAD ATTORNEY*
*Designation: Retained*

**Pending Counts**

21:846 & 841(b)(1)(A)
CONSPIRACY TO DISTRIBUTE &
TO POSSESS WITH INTENT TO
DISTRIBUTE CRACK COCAINE
(1)

**Disposition**

BOP 135 months to be served
concurrently with the sentence
imposed in the Southern District of
Indiana, Docket # 97-63-06;
supervised release 5 years; special
assessment $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

A true copy in ___7___ sheet(s)
of the record in my custody,
CERTIFIED ___6/24___ 20 _08_
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

21:841(b)(1)(A) & 18:2 AID & ABET
- POSSESS WITH INTENT TO
DISTRIBUTE CRACK COCAINE					Dismissed
(2)

21:846 & 841(b)(1)(A)
CONSPIRACY TO DISTRIBUTE &
TO POSSESS WITH INTENT TO				Dismissed
DISTRIBUTE CRACK COCAINE
(3)

21:846, 841(a)(1) & 841(b)(1)(C)
CONSPIRACY TO DISTRIBUTE &
TO POSSESS WITH INTENT TO				Dismissed
DISTRIBUTE HEROIN
(4)

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff

**United States of America**     represented by **Michael L Cheever**
United States Attorney's Office
300 S 4th St Ste 600
Mpls, MN 55415
(612) 664-5600
Email: michael.cheever@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S Paulsen**
United States Attorney's Office
300 S 4th St Ste 600
Mpls, MN 55415
(612) 664-5600
Email: jeff.paulsen@usdoj.gov
*TERMINATED: 04/10/2008*

**Kenneth W Saffold**
Attorney at Law

340 Cedar Ave Ste 1000
St Paul, MN 55101
612-747-9606
Fax: 651-229-0992
Email: ksaffold@saffoldlaw.com
*TERMINATED: 03/18/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/01/1931 | | FILE IN FEDERAL RECORD CENTER as to Dewayne Thomas (1), Quincy Demond Tolliver (2), Garry Neal Baker Jr (3) (JPL) (Entered: 07/26/2002) |
| 12/08/1997 | 1 | COMPLAINT by USA Kenneth W Saffold with attached affidavit of Timothy Trebil against defts Dewayne Thomas, Quincy Demond Tolliver & Garry Neal Baker Jr by Magistrate Judge J. Earl Cudd. 8pgs [ 0:97-m -689 ] (LEG) (Entered: 12/10/1997) |
| 12/08/1997 | | BENCH WARRANT issued for Dewayne Thomas, Quincy Demond Tolliver, Garry Neal Baker Jr by Magistrate Judge J. Earl Cudd. [ 0:97-m -689 ] (LEG) (Entered: 12/10/1997) |
| 12/09/1997 | 2 | MINUTES: before Magistrate Judge J. Earl Cudd FIRST APPEARANCE of Dewayne Thomas; deft detained ; preliminary/detention hearing set for 10:00 on 12/11/97 before JEC. Counsel appt'd. 1pg [ 0:97-m -689 ] (LEG) Modified on 12/10/1997 (Entered: 12/10/1997) |
| 12/10/1997 | 5 | TEMPORARY ORDER of Detention of Dewayne Thomas by Magistrate Judge J. Earl Cudd (cc: all counsel & USM). 1pg [ 0:97-m -689 ] (LEG) (Entered: 12/10/1997) |
| 12/11/1997 | 8 | MINUTES before Magistrate Judge J. Earl Cudd for PRELIMLINARY/DETENTION HEARING as to Dewayne Thomas: deft detained and count over to district court. Tape 97-33-2168-2747. (1 page) [ 0:97-m -689 ] (PJS) (Entered: 12/12/1997) |
| 12/12/1997 | 13 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing Richard John Coleman, as to defendant Dewayne Thomas (1). 1pg [ 0:97-m -689 ] (LEG) (Entered: 12/15/1997) |
| 12/22/1997 | 16 | BENCH Warrant returned executed as to Dewayne Thomas on 12/9/97. 1pg [ 0:97-m -689 ] (LEG) (Entered: 12/22/1997) |
| 12/29/1997 | 20 | ORDER of DETENTION of Dewayne Thomas by Magistrate Judge J. Earl Cudd (cc: all counsel & USM). 2pgs [ 0:97-m -689 ] (LEG) (Entered: 12/30/1997) |
| 01/06/1998 | 22 | INDICTMENT assigned to Judge John R. Tunheim, referred to Magistrate Judge John M. Mason by USA Kenneth W Saffold. Counts filed against |

|  |  |  |
|---|---|---|
|  |  | Dewayne Thomas (1) counts 1, 2, 3, 4, Quincy Demond Tolliver (2) counts 1, 2, Garry Neal Baker (3) counts 1, 2. 3 pgs ( (Entered: 01/07/1998) |
| 01/16/1998 | 23 | MINUTES: before Magistrate Judge John M. Mason dft Dewayne Thomas, Quincy Demond Tolliver & Garry Neal Baker Jr ARRAIGNED; not guilty plea entered; Attorney's present; disclosure due date: 1/23/98; pretrial motions due on 2/2/98; motion hearing set for 9:00 on 2/12/98 before JMM; voir dire/jury instruction due date: 3/9/98; jury trial set for 9:30 on 3/16/98 before JRT . Tape 149-5493 to 5736. 1pg (LEG) (Entered: 01/20/1998) |
| 01/16/1998 | 24 | ARRAIGNMENT ORDER by Magistrate Judge John M. Mason as to Dewayne Thomas, Quincy Demond Tolliver & Garry Neal Baker Jr (cc: all counsel) Date Signed: 1/16/98. Same as minute entry #23 above. 2pgs (LEG) (Entered: 01/20/1998) |
| 01/26/1998 | 25 | SUBSTITUTION OF COUNSEL: Joseph Tamburino replaces Richard John Coleman as counsel for Dewayne Thomas. (PJS) (Entered: 01/26/1998) |
| 02/02/1998 | 40 | MOTION for disclosure of confidential informant by Dewayne Thomas. 2 pgs ( (Entered: 02/03/1998) |
| 02/02/1998 | 41 | MOTION for disclosure of Rule 404 evidence by Dewayne Thomas. 1 pg ( (Entered: 02/03/1998) |
| 02/02/1998 | 42 | MOTION for early disclosure of Jencks Act material by Dewayne Thomas. 2 pgs ( (Entered: 02/03/1998) |
| 02/02/1998 | 43 | MOTION for notice by govt fo intent to use evidence arguable subject to suppression by Dewayne Thomas. 2 pgs ( (Entered: 02/03/1998) |
| 02/02/1998 | 44 | MOTION for disclosure of impeaching information by Dewayne Thomas. 3 pgs ( (Entered: 02/03/1998) |
| 02/02/1998 | 45 | MOTION to join in pretrial motions of co-defts by Dewayne Thomas. 1 pg ( (Entered: 02/03/1998) |
| 02/02/1998 | 46 | MOTION for disclosure of grand jury minutes & transcripts by Dewayne Thomas. 1 pg ( (Entered: 02/03/1998) |
| 02/02/1998 | 47 | MOTION for participation by counsel in voir dire by Dewayne Thomas. 1 pg ( (Entered: 02/03/1998) |
| 02/02/1998 | 48 | MOTION for suppression of all evidence obtained pursuant to the execution of a search warrant by Dewayne Thomas. 1 pg ( (Entered: 02/03/1998) |
| 02/02/1998 | 49 | MOTION for gov't agents to rtn rough notes by Dewayne Thomas. 1 pg ( (Entered: 02/03/1998) |
| 02/02/1998 | 50 | MOTION for list of gov't witnesses by Dewayne Thomas. 2 pgs ( (Entered: 02/03/1998) |

| | | |
|---|---|---|
| 02/06/1998 | 64 | RESPONSE by plaintiff USA to deft's motions. 6pgs (LEG) (Entered: 02/09/1998) |
| 02/12/1998 | 65 | MINUTES before Magistrate Judge John M. Mason for hearing on pretrial motions as to Dewayne Thomas, Quincy Demond Tolliver, and Garry Neal Baker Jr. Motions taken under advisement. Court Reporter: Bruce Tiffany. (1 page) (PJS) (Entered: 02/13/1998) |
| 02/23/1998 | 66 | ORDER by Magistrate Judge John M. Mason denying motion to join in pretrial motions of co-defts [45-1] as to Dewayne Thomas, finding the motion for disclosure of Rule 404 evidence [41-1] moot as to Dewayne Thomas, finding the motion for early disclosure of Jencks Act material [42-1] moot as to Dewayne Thomas, finding the motion for gov't agents to rtn rough notes [49-1] moot as to Dewayne Thomas, denying motion for disclosure of confidential informant [40-1] as to Dewayne Thomas, denying motion for disclosure grand jury minutes & transcripts [46-1] as to Dewayne Thomas, denying motion for list of gov't witnesses [50-1] as to Dewayne Thomas, denying w/o prejudice motion for participation by counsel in voir dire [47-1] as to Dewayne Thomas, denying as moot motion for notice by govt fo intent to use evidence arguable subject suppression [43-1] as to Dewayne Thomas. (cc: all counsel) Date Signed: 2/23/98. 8 pgs ( (Entered: 02/24/1998) |
| 02/26/1998 | 70 | ORDER by Magistrate Judge John M. Mason as to deft DeWayne Thomas that deft's motion for disclosure of impeaching information is denied as moot based upon pltf's representations. [44-1] (cc: all counsel) Date Signed: 2/26/98. (1 page) (PJS) (Entered: 02/26/1998) |
| 02/26/1998 | 71 | REPORT and RECOMMENDATION as to deft DeWayne Thomas by Magistrate Judge John M. Mason date signed: 2/26/98 recommending that deft's motion for suppression of all evidence obtained pursuant to the execution of a search warrant be denied. [48-1] RR Ruling deadline set for 3/28/98. (cc: all counsel) 4 pages (PJS) (Entered: 02/26/1998) |
| 02/26/1998 | 72 | REPORT and RECOMMENDATION as to deft Quincy Tolliver by Magistrate Judge John M. Mason date signed: 2/26/98 recommending that (1) deft's motion for suppression of all evidence obtained pursuant to the execution of a search warrant [56-1] and deft's motion to suppress of all evidence including statements & physical evidence be denined [59-2] and (2) deft's motion to suppress electronic surveillance & wiretapping be denied without prejudice. [60-2] RR Ruling deadline set for 3/28/98. (cc: all counsel) 11 pages (PJS) (Entered: 02/26/1998) |
| 02/26/1998 | 73 | REPORT and RECOMMENDATION as to deft Gary Baker by Magistrate Judge John M. Mason date signed: 2/26/98 recommending that (1) deft's motion for suppression of confessions or statements in the nature of confessions [29-2] and deft's motion to suppress statements, admissions & answers [35-1] be denied in all respects, except that deft's post-arrest |

| | | |
|---|---|---|
| | | statements to Mpls Police Dept Officer Michael Hentges should be suppressed and that (2) deft's motion to dismiss indictment for failure to state an offense [26-1], deft's motion to suppress eyewitness identifications [30-1], deft's motion to suppress evidence obtained as a result of search & seizure [34-1], deft's motion for severance of counts [38-1], deft's motion for severance of defendants [38-2], and deft's motion to dismiss indictment be denied. [39-3] RR Ruling deadline set for 3/28/98. (cc: all counsel) 18 pages (PJS) (Entered: 02/26/1998) |
| 02/26/1998 | 74 | PLTF'S EXHIBIT LIST & EXHIBITS as to defts Dewayne Thomas, Quincy Demond Tolliver, and Garry Neal Baker Jr regarding pretrial motion hearing before JMM on 2/12/98. (9 pages) (PJS) (Entered: 02/27/1998) |
| 03/03/1998 | 75 | MOTION and ORDER FOR CHANGE OF CUSTODY as to Dewayne Thomas by Magistrate Judge J. Earl Cudd (cc: all counsel, USM) (2pgs) (BLW (Entered: 03/03/1998) |
| 03/03/1998 | | MEMORANDUM FROM THE CHAMBERS OF JUDGE JOHN R. TUNHEIM RE PRETRIAL PROCEDURES IN CRIMINAL JURY TRIALS: set for trial on 3/30/98 at 9:30 a.m. as to Dewayne Thomas, Quincy Demond Tolliver and Garry Neal Baker Jr (1pg) (BLW (Entered: 03/03/1998) |
| 03/20/1998 | 82 | TRANSCRIPT OF MOTIONS held 2/12/98 before JMM as to Dewayne Thomas, Quincy Demond Tolliver, and Garry Neal Baker Jr. (Court Reporter: Bruce Tiffany) (SEPARATE) (PJS) (Entered: 03/20/1998) |
| 03/25/1998 | 83 | TRAVEL AUTHORIZATION by Magistrate Judge Arthur J. Boylan as to deft Garry Baker Jr. re traveler Mark Paige. (cc: all counsel) Date Signed: 3/25/98. (2 pages) (PJS) (Entered: 03/25/1998) |
| 03/31/1998 | 84 | MINUTES: before Judge John R. Tunheim Dewayne Thomas enters guilty plea to Ct 1; remaining counts to be dismissed at sentencing; referred to PO for PSI; remanded to custody of the USM Court Reporter: Karen J. Grufman (1pg) (BLW (Entered: 03/31/1998) |
| 03/31/1998 | 85 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Dewayne Thomas (6pgs) (BLW (Entered: 03/31/1998) |
| 04/01/1998 | 92 | ORDER as to deft GARRY BAKER JR by Judge John R. Tunheim that the USM furnish deft transportation to return home to Chicago, IL after court hearing and subsistence expenses. (cc: all counsel) Date Signed: 4/1/98. (1 page) (PJS) (Entered: 04/02/1998) |
| 07/07/1998 | 95 | RESPONSE by USA to deft Quincy Tolliver's position with respect to sentencing. [94-1] 16+ pages [exhibit #1 is attached and filed under seal] (PJS) (Entered: 07/07/1998) |

| | | |
|---|---|---|
| 10/07/1998 | 98 | MOTION and ORDER as to Dewayne Thomas by Judge John R. Tunheim extending the time to 10/16/98, in which to file objections & proposed amendments to the PSI & position pleadings. (cc: all counsel & Prob) 2 pgs ( (Entered: 10/08/1998) |
| 10/16/1998 | 100 | POSITION of dft with respect to sentencing Dewayne Thomas 2 pgs ( (Entered: 10/19/1998) |
| 10/30/1998 | 102 | MOTION for downward departure by USA as to Dewayne Thomas. --filed under seal-- (PJS) (Entered: 10/30/1998) |
| 10/30/1998 | 103 | ORDER (Judge John R. Tunheim / date signed 10/30/98) as to deft DeWAYNE THOMAS that the substantial assistance motion filed by the U.S. (Doc. #102) be filed under seal until further order of the court. (cc: all counsel) 1 page (PJS) (Entered: 10/30/1998) |
| 10/30/1998 | 104 | MINUTES before Judge John R. Tunheim for SENTENCING Dewayne Thomas (1) count(s) 1: BOP 135 months to be served concurrently with the sentence imposed in the Southern District of Indiana, Docket # 97-63-06; supervised release 5 years; special assessment $100.00; counts 2-4 dism'd; granting govt's motion for downward departure [102-1]; court orders that govt's motion for downward departure be sealed; deft in custody. Court Reporter: Karen Grufman. (1 page) (PJS) (Entered: 10/30/1998) |
| 11/02/1998 | 107 | JUDGMENT/STATEMENT OF REASONS as to deft Dewayne Thomas by Judge John R. Tunheim (dated 11/2/98) (Copies dist'd). (4 pages) (PJS) (Entered: 11/03/1998) |
| 11/19/1998 | | DELIVERED TWO CERTIFIED COPIES (as to deft Tolliver) of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries. Also delivered orignal file. (PJS) (Entered: 11/19/1998) |
| 09/01/1999 | 118 | RESPONSE by USA to 2255 motion [117-1] of deft (02) Quincy Tolliver. (3 pages) (PJS) (Entered: 09/07/1999) |
| 03/10/2000 | 121 | ORDER (Judge John R. Tunheim / date signed 3/10/00) that counsel be appointed to represent Quincy Demond Tolliver at the upcoming evidentiary hearing. (cc: AUSA, deft, & PD) 1 pg ( (Entered: 03/13/2000) |
| 09/29/2000 | 123 | GOVT'S OPPOSITION to petitioner's amended petition under 2255 [122-2]. 9 pgs ( (Entered: 10/02/2000) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | INDICTMENT CR 98-3 JRT/JMM |
| ) | |
| v. ) | (21 U.S.C. § 846) |
| ) | (21 U.S.C. § 841(b)(1)(A)) |
| DEWAYNE THOMAS, ) | (18 U.S.C. § 2) |
| QUINCY DEMOND TOLLIVER, ) | |
| and GARRY NEAL BAKER, JR, ) | |
| ) | |
| Defendants. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT 1

From on or about December 1, 1997, the exact date being unknown to the grand jury, through December 7, 1997, in the State and District of Minnesota and elsewhere, the defendants,

DEWAYNE THOMAS,
QUINCY DEMOND TOLLIVER,
and
GARRY NEAL BAKER, JR.,

knowingly conspired with each other and other persons whose names are known and unknown to the grand jury, to distribute and to possess with intent to distribute in excess of 269 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United

FILED JAN 06 1998

FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

States Code, Sections 846 and 841(b)(1)(A).

## COUNT 2

From on or about December 1, 1997, the exact date being unknown to the grand jury, through December 7, 1997, in the State and District of Minnesota and elsewhere, the defendants,

>DEWAYNE THOMAS,
>QUINCY DEMOND TOLLIVER,
>and
>GARRY NEAL BAKER, JR.,

each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute in excess of 269 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 3

From on or about January 1, 1997, the exact date being unknown to the grand jury, through February 18, 1997, in the State and District of Minnesota, and elsewhere, the defendant,

>DEWAYNE THOMAS,

knowingly conspired with persons whose names are known and unknown to the grand jury, to distribute and to possess with intent to

distribute in excess of 643.5 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT 4

That on or about February 18, 1997, in the State and District of Minnesota, the defendant,

DEWAYNE THOMAS,

knowingly conspired with persons whose names are known and unknown to the grand jury, to distribute and to possess with intent to distribute in excess of 51.8 grams of a mixture or substance containing a detectable amount of heroin, a controlled substance in violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

_____            ___/
UNITED STATES ATTORNEY                      FC

3

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.                                    Case Number CR 98-3(1) JRT/JMM

DEWAYNE NMN THOMAS
       Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, DEWAYNE NMN THOMAS, was represented by Joseph P. Tamburino.

On motion of the United States the court has dismissed count(s) two (2), three (3) and four (4).

The defendant pleaded guilty to count(s) one (1). Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(b)(1)(A) and 846 | Conspiracy to Possess with Intent to Distribute Crack Cocaine | 12/7/97 | 1 |

As imposed on October 30, 1998, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00, for count(s) one (1), which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Dated: November 2, 1998

JOHN R. TUNHEIM, Judge
United States District Court

Defendant's Soc. Sec. No: 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
Defendant's Date of Birth: 10/24/67
Defendant's address: 1539 North Parkside; Chicago, Illinois 60651

FILED NOV 0 2 1998
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK



Defendant: DEWAYNE NMN THOMAS
Case Number: CR 98-3(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **135 MONTHS** to be served concurrently with the sentence imposed in the Southern District of Indiana, docket number 97-63-06.

The Court makes the following recommendations to the Bureau of Prisons: the Court recommends that the defendant should serve his sentence at Oxford, Wisconsin or as close to that facility as possible.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

CERTIFIED ORIGINAL AND TRUE COPY IN PAGES.            UNITED STATES MARSHAL

DATED: November 2, 1998                                By _____
                                                          Deputy Marshal
BY: _____
     DEPUTY CLERK

Defendant: DEWAYNE NMN THOMAS
Case Number: CR 98-3(1)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 YEARS**.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.
3. The defendant shall not own or possess a firearm or other dangerous weapons.
4. The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.
5. The defendant shall participate, as instructed by the probation officer, in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs.
6. The defendant shall not associate with any member, prospect or associate member of the Vice Lords gang, or any other gang. If the defendant is found to be in the company of such individuals while wearing the clothing, colors, or insignia of the Vice Lords gang or other gang, the Court will presume that this association was for the purpose of participating in gang activities.
7. The defendant shall be required to undergo mandatory drug testing as set forth by 18 USC 3563(a) and 3583(d).

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.